STATE of Missouri, Respondent,

v.

Wallace D. COUNSELMAN, Jr., Appellant.

No. 63137.

Supreme Court of Missouri, En Banc.

July 14, 1981.

Rehearing Denied July 29, 1981.

C. Clifford Schwartz, Clayton, for appellant.

John Ashcroft, Atty. Gen., Lew A. Kollas, Asst. Atty. Gen., Jefferson City, for respondent.

*Reexamination on order of the United States Supreme Court*

PER CURIAM:

This case together with several others[1] was ordered reexamined in light of *Alber-*

1. See *State v. Counselman,* 603 S.W.2d 3 (Mo. App.1980); *State v. McGee,* 602 S.W.2d 709 (Mo.App.1980); *State v. Payne,* 607 S.W.2d 822 (Mo.App.1980); *State v. White,* 610 S.W.2d 646 (Mo.App.1980); *State v. (Johnny) Williams,* 610 S.W.2d 644 (Mo.App.1980), all of which were vacated and remanded to the Court of Appeals, Eastern District, in *Missouri v. Counselman,* —— U.S. ——, 101 S.Ct. 1690, 68 L.Ed.2d 190 (1981). See *Brown v. State,* 607 S.W.2d 801 (Mo.App.1980); *State v. Collins,* 607 S.W.2d 781 (Mo.App.1980); *State v. Hawkins,* 608 S.W.2d 496 (Mo.App.1980); *State v. (Eddie) Greer,* 609 S.W.2d 423 (Mo.App.1980);

*naz v. United States*, 450 U.S. ——, 101 S.Ct. 1137, 67 L.Ed.2d 275 (1981). Since all of the courts of appeals rulings were based upon our ruling in *Sours v. State*, 593 S.W.2d 208 (Mo.banc 1980) *(Sours I)* or *Sours v. State*, 603 S.W.2d 592 (Mo.banc 1980) *(Sours II)*, the cases were all ordered transferred to this Court. Our examination of the double jeopardy issue made in light of *Albernaz* pursuant to the orders of the United States Supreme Court, appears in *State v. Haggard*, 619 S.W.2d 44 (Mo.banc 1981).

The original opinion filed by the Missouri Court of Appeals, Eastern District, *State of Counselman*, 603 S.W.2d 3 (Mo.App.1980), is approved and affirmed and by reference made a part of this opinion. *Sours v. State*, 603 S.W.2d 592 (Mo.Banc 1980) *(Sours II)*, *cert. denied, Missouri v. Sours*, 446 U.S. 962, 101 S.Ct. 953, 67 L.Ed.2d 118 (1981); and *State v. Haggard*, 619 S.W.2d 44 (Mo.banc 1981).

We affirm the judgment convicting appellant of first degree robbery, but we reverse that part of the judgment convicting appellant of armed criminal action.

DONNELLY, C. J., and SEILER, WELLIVER, MORGAN, HIGGINS and BARDGETT, JJ., concur.

RENDLEN, J., concurs in part and dissents in part in separate opinion filed.

RENDLEN, Judge, concurring in part and dissenting in part.

I join the majority in its affirmance of appellant's conviction for first degree rob-

bery. However, I dissent to that portion of the majority opinion reversing appellant's conviction for armed criminal action for the same reasons set forth in my dissenting opinion in *State v. Haggard*, 619 S.W.2d 44, decided this date.

---

*State v. Martin*, 610 S.W.2d 18 (Mo.App.1980), all of which were vacated and remanded to the Court of Appeals, Western District, in *Missouri v. Brown*, —— U.S. ——, 101 S.Ct. 1735, 68 L.Ed.2d 222 (1981). *See State v. Sinclair*, 606 S.W.2d 271 (Mo.App.1980), vacated and remanded to the Court of Appeals, Southern District, in *Missouri v. Sinclair*, —— U.S. ——, 101 S.Ct. 3044, 69 L.Ed.2d 415 (1981). *See State v. Lowery*, 608 S.W.2d 445 (Mo.App.1980), vacated and remanded to the Court of Appeals, Eastern District, in *Missouri v. Lowery*, —— U.S. ——, 101 S.Ct. 3044, 69 L.Ed.2d 415 (1981). *See State v. (Timothy) Crews*, 607 S.W.2d 759 (Mo.App.1980); *State v. (Terry) Crews*, 607 S.W.2d 729 (Mo.App.1980); *State v. Helton*, 607 S.W.2d 772 (Mo.App.1980); *State v. Tunstall*, 607 S.W.2d 809 (Mo.App.1980), all of which were vacated and remanded to the Court of Appeals, Eastern District in *Missouri v. Crews*, —— U.S. ——, 101 S.Ct. 3103, 69 L.Ed.2d 968 (1981). In all of the above cases where an application for transfer to this Court was requested, all such applications were denied.

*See State v. (Donald) Greer*, 605 S.W.2d 93 (Mo.1980); *State v. Kendrick*, 606 S.W.2d 643 (Mo.1980); and *State v. (Rollan Anthony) Williams*, 606 S.W.2d 777 (Mo.1980), all of which were vacated and remanded to this Court in *Missouri v. Greer*, —— U.S. ——, 101 S.Ct. 3000, 69 L.Ed.2d 385 (1981).